## (May 19, 1980)

■ In the Matter of CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., Appellant, v STATE BOARD OF EQUALIZATION AND ASSESSMENT, Respondent, and VILLAGE OF PLEASANTVILLE et al., Intervenors-Respondents.—Motions for permission to appeal to the Court of Appeals granted, without costs. No issue of fact was considered by this court. Pursuant to CPLR 5713, this court certifies that the following question of law, decisive of the correctness of its determination, has arisen, which in its opinion ought to be reviewed by the Court of Appeals: "Was the order of this court, which reversed the order of Special Term granting motions for partial summary judgment, correct as a matter of law?" Mahoney, P. J., Greenblott, Sweeney, Staley, Jr., and Mikoll, JJ., concur.

■ J. ROGER BARBER, as Commissioner of Agriculture and Markets of the State of New York, Respondent, v JOSEPH J. DEMBROSKI et al., Appellants.—Motion for permission to appeal to the Court of Appeals granted, without costs. No issue of fact was considered by this court. Pursuant to CPLR 5713, this court certifies that the following question of law, decisive of the correctness of its determination, has arisen, which in its opinion ought to be reviewed by the Court of Appeals: "Was the order of Special Term granting plaintiff's motion for partial summary judgment correct as a matter of law?" Mahoney, P. J., Sweeney, Kane, Staley, Jr., and Herlihy, JJ., concur.